UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL R. BERRY,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>        Defendant. | Case No. C07-1319-TSZ<br><br>ORDER DISMISSING CASE |

THIS MATTER comes before the Court on plaintiff's objections, docket no. 16, to the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 15. Having considered all papers and exhibits filed in this matter, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED, and this case is DISMISSED with prejudice.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 16th day of July, 2008.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge